# In the United States Court of Federal Claims

**No. 05-638C**

**(Filed August 18, 2005)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **POPLAR DRIVE COURT,** | * |
| **A LIMITED PARTNERSHIP,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

Pursuant to the Joint Motion For A Stay Of Proceedings filed August 11, 2005, the parties' request for the Court to stay further proceedings until 14 days after the conclusion of ADR is hereby ALLOWED.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**