# In the United States Court of Federal Claims

**No. 05-638C**

**(Filed February16, 2006)**

* * * * * * * * * * * * * * * * * * * * * * *
**POPLAR DRIVE COURT, A LIMITED PARTNERSHIP,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

This case was STAYED on August 18, 2005 pending ADR proceedings. The parties shall file a joint status report indicating progress of ADR proceedings by Wednesday, March 1, 2006.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**