# In the United States Court of Federal Claims

**No. 05-638C**

**(Filed March 7, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * *

**POPLAR DRIVE COURT, A LIMITED PARTNERSHIP,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the Joint Status Report filed March 1, 2006, the parties shall file a joint status report indicating progress of ADR proceedings by Monday, April 3, 2006.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**