# In the United States Court of Federal Claims

**No. 05-638C**

**(Filed August 7, 2006)**

* * * * * * * * * * * * * * * * * * * * * * *
*
**POPLAR DRIVE COURT,** *
**A LIMITED PARTNERSHIP,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the Joint Status Report filed August 4, 2006, the parties are instructed to file a follow-up status report concerning the final approval of the settlement agreement by Monday, September 11, 2006.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**