# In the United States Court of Federal Claims

**No. 05-638C**

**(Filed January 19, 2007)**

* * * * * * * * * * * * * * * * * * * * * * *

**POPLAR DRIVE COURT,**
**A LIMITED PARTNERSHIP,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The parties shall file a Joint Status Report indicating the status of the settlement in ADR proceedings by Friday, February 2, 2007.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**